GRAYSON INDEPENDENT SCHOOL DISTRICT, a Body Corporate, Movant, v. H. Clell HAYS, Opposed.

Court of Appeals of Kentucky.

Dec. 1, 1942.

Thos. D. Theobald, Jr., for movant.

Yates & Jayne, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

MOTOR CAR FINANCE COMPANY, Movant, v. Minnie MASDEN, Opposed.

Court of Appeals of Kentucky.

Nov. 13, 1942.

Wade & Mapother for movant.

Lee S. Jones, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Sarah TURNER et al., Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Nov. 10, 1942.

Sylvester V. Little for appellant.

Hubert Meredith, Attorney General, and Jesse K. Lewis, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.